UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FOUNTAIN PARKE AT LAKE MARY RESIDENTIAL HOMEOWNERS' ASSOCIATION, INC., a Florida non-profit corporation, as assignee of ASHTON ORLANDO RESIDENTIAL, LLC, d/b/a ASHTON WOODS HOMES,

    Plaintiff,

v.

AMERISURE INSURANCE COMPANY, a foreign corporation; GEMINI INSURANCE COMPANY, a foreign corporation; KNIGHT SPECIALTY INSURANCE COMPANY, a foreign corporation; MID-CONTINENT CASUALTY COMPANY, a foreign corporation; PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, a foreign corporation; SOUTHERN-OWNERS INSURANCE COMPANY, a foreign corporation; UNITED SPECIALTY INSURANCE COMPANY, a foreign corporation; WESTFIELD INSURANCE COMPANY, a foreign corporation,

    Defendants.
_____/

CASE NO.: 6:21-cv-00976

## NOTICE OF SETTLEMENT

Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc., as assignee of Ashton Orlando Residential, LLC d/b/a Ashton Woods Homes (the "Association"), through its respective counsel and pursuant to Local Rule

3.09(a), notifies the Court that the Association has reached a settlement in this matter with the following: Knight Specialty Insurance Company as to Count III, Mid-Continent Casualty Company as to Count IV, and United Specialty Insurance Company[1] as to Count VIII of the Association's Complaint (Doc 1-1). The Association anticipates it will submit stipulations for dismissal of the aforementioned counts within the next 30 (thirty) days.

Dated: September 16, 2021.

**BALL JANIK LLP**

By: /s/ *Kelly M. Corcoran*
**Kelly M. Corcoran,** FL Bar No. 55564
**Patrick J. Button**, FL Bar No. 1002927
201 E Pine Street, Suite 600
Orlando, Florida 32801
Telephone: (407) 455-5664
Facsimile: (407) 902-2105
kcorcoran@balljanik.com
pbutton@balljanik.com
dmiksell@balljanik.com
orlandodocket@balljanik.com

*Counsel for Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc., as assignee of Ashton Orlando Residential, LLC d/b/a Ashton Woods Homes*

---

[1] United Specialty Insurance Company remains a defendant as to Count VII of the Association's Complaint (Doc. 1-1).

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing paper has been electronically filed with the Clerk of Court by using the CM/ECF system on September 16, 2021, which will send an electronic notice to all counsel of record.

**BALL JANIK LLP**

By: /s/ *Kelly M. Corcoran*
**Kelly M. Corcoran,** FL Bar No. 55564
**Patrick J. Button**, FL Bar No. 1002927
201 E Pine Street, Suite 600
Orlando, Florida 32801
Telephone: (407) 455-5664
Facsimile: (407) 902-2105
kcorcoran@balljanik.com
pbutton@balljanik.com
dmiksell@balljanik.com
orlandodocket@balljanik.com

*Counsel for Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc., as assignee of Ashton Orlando Residential, LLC d/b/a Ashton Woods Homes*