## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FOUNTAIN PARKE AT LAKE MARY
RESIDENTIAL HOMEOWNERS                     Case No.: 6:21-cv-976-CEM-GJK
ASSOCIATION, INC., a Florida non-profit
corporation, as assignee of ASHTON
ORLANDO RESIDENTIAL, LLC, d/b/a
ASHTON WOODS HOMES,

    Plaintiff,

vs.

AMERISURE INSURANCE COMPANY,
a foreign corporation; GEMINI
INSURANCE COMPANY, a foreign
corporation; KNIGHT SPECIALTY
INSURANCE COMPANY, a foreign
corporation; MID-CONTINENT
CASUALTY COMPANY, a foreign
corporation; PENNSYLVANIA
LUMBERMENS MUTUAL INSURANCE
COMPANY, a foreign corporation;
SOUTHERN-OWNERS INSURANCE
COMPANY, a foreign corporation;
UNITED SPECIALTY INSURANCE
COMPANY, a foreign corporation;
WESTFIELD INSURANCE COMPANY,
a foreign corporation,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AS TO AMERISURE INSURANCE COMPANY, GEMINI INSURANCE COMPANY, AND PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY

Plaintiff Fountain Parke At Lake Mary Residential Homeowners'

Association, Inc., as assignee of Ashton Orlando Residential, LLC, d/b/a Ashton

Woods Homes (the "Association"), through its counsel, and pursuant to M.D. Fla. L. R. 3.09, notifies the Court that a settlement has been reached in this matter with Defendants Amerisure Insurance Company, Gemini Insurance Company, and Pennsylvania Lumbermens Mutual Insurance Company. The Association anticipates the settlement documents will be signed within the next 30 (thirty) days and shortly thereafter the Association will submit a stipulation for dismissal of its claims against Amerisure Insurance Company, Gemini Insurance Company, and Pennsylvania Lumbermens Mutual Insurance Company.

Dated:        December 15, 2021.

**BALL JANIK LLP**

By: _/s/ Patrick J. Button_
**Kelly M. Corcoran,** FL Bar No. 55564
**Patrick J. Button**, FL Bar No. 1002927
201 E Pine Street, Suite 600
Orlando, FL 32801
Telephone: (407) 455-5664
Facsimile: (407) 902-2105
kcorcoran@balljanik.com
pbutton@balljanik.com
dmiksell@balljanik.com
orlandodocket@balljanik.com

*Counsel for Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc. as assignee of Ashton Orlando Residential, LLC, d/b/a Ashton Woods Homes*

CERTIFICATE OF SERVICE

I certify that on December 15th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**BALL JANIK LLP**

By:  */s/ Patrick J. Button*
 **Kelly M. Corcoran,** FL Bar No. 55564
 **Patrick J. Button**, FL Bar No. 1002927
 201 E Pine Street, Suite 600
 Orlando, FL 32801
 Telephone: (407) 455-5664
 Facsimile:  (407) 902-2105
 kcorcoran@balljanik.com
 pbutton@balljanik.com
 dmiksell@balljanik.com
 orlandodocket@balljanik.com

*Counsel for Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc. as assignee of Ashton Orlando Residential, LLC, d/b/a Ashton Woods Homes*