UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FOUNTAIN PARKE AT LAKE MARY RESIDENTIAL HOMEOWNERS ASSOCIATION, INC.,**

      **Plaintiff,**

v.   Case No. 6:21-cv-976-CEM-GJK

**AMERISURE INSURANCE COMPANY, GEMINI INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, SOUTHERN-OWNERS INSURANCE COMPANY, and UNITED SPECIALTY INSURANCE COMPANY,**

      **Defendants.**

                                    /

**ORDER**

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement as to Amerisure Insurance Company ("Amerisure"), Gemini Insurance Company ("Gemini"), and Pennsylvania Lumbermens Mutual Insurance Company ("Lumbermens") (Doc. 37), which advises the Court that the above-styled action has been settled as to Defendants Amerisure, Gemini, and Lumbermens.

Accordingly, it is **ORDERED** and **ADJUDGED** that Counts I, II, and V are **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). Gemini's Motion to Dismiss Count II (Doc. 29) is **DENIED as moot**. The Clerk is directed to terminate Amerisure, Gemini, and Lumbermens as Defendants in this case and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record