UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FOUNTAIN PARKE AT LAKE MARY
RESIDENTIAL HOMEOWNERS
ASSOCIATION, INC., a Florida non-profit
corporation, as assignee of ASHTON
ORLANDO RESIDENTIAL, LLC, d/b/a
ASHTON WOODS HOMES,

    Plaintiff,

vs.

AMERISURE INSURANCE COMPANY,
a foreign corporation; GEMINI
INSURANCE COMPANY, a foreign
corporation; KNIGHT SPECIALTY
INSURANCE COMPANY, a foreign
corporation; MID-CONTINENT
CASUALTY COMPANY, a foreign
corporation; PENNSYLVANIA
LUMBERMENS MUTUAL INSURANCE
COMPANY, a foreign corporation;
SOUTHERN-OWNERS INSURANCE
COMPANY, a foreign corporation;
UNITED SPECIALTY INSURANCE
COMPANY, a foreign corporation;
WESTFIELD INSURANCE COMPANY,
a foreign corporation,

    Defendants.
_____/

Case No.: 6:21-cv-976-CEM-GJK

**<u>PLAINTIFF'S NOTICE OF SETTLEMENT AS TO SOUTHERN-OWNERS
INSURANCE COMPANY ONLY</u>**

Plaintiff Fountain Parke At Lake Mary Residential Homeowners' Association, Inc., as assignee of Ashton Orlando Residential, LLC, d/b/a Ashton

Woods Homes (the "Association"), through its counsel, and pursuant to M.D. Fla. L. R. 3.09, notifies the Court that a settlement has been reached in this matter with Defendant Southern-Owners Insurance Company as it relates to La Maes Services, Inc. The Association anticipates the settlement documents will be signed within the next 30 (thirty) days and shortly thereafter the Association will submit a stipulation for dismissal of its claims against Southern-Owners Insurance Company.

Dated: June 24, 2022.

        **BALL JANIK LLP**

        By: */s/ Patrick J. Button*
        **Kelly M. Corcoran,** FL Bar No. 55564
        **Patrick J. Button**, FL Bar No. 1002927
        201 E Pine Street, Suite 600
        Orlando, FL 32801
        Telephone: (407) 455-5664
        Facsimile: (407) 902-2105
        kcorcoran@balljanik.com
        pbutton@balljanik.com
        dmiksell@balljanik.com
        orlandodocket@balljanik.com

        *Counsel for Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc. as assignee of Ashton Orlando Residential, LLC, d/b/a Ashton Woods Homes*

CERTIFICATE OF SERVICE

I certify that on June 24, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**BALL JANIK LLP**

By: /s/ Patrick J. Button
**Kelly M. Corcoran,** FL Bar No. 55564
**Patrick J. Button**, FL Bar No. 1002927
201 E Pine Street, Suite 600
Orlando, FL 32801
Telephone: (407) 455-5664
Facsimile: (407) 902-2105
kcorcoran@balljanik.com
pbutton@balljanik.com
dmiksell@balljanik.com
orlandodocket@balljanik.com

*Counsel for Plaintiff Fountain Parke at Lake Mary Residential Homeowners' Association, Inc. as assignee of Ashton Orlando Residential, LLC, d/b/a Ashton Woods Homes*