UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FOUNTAIN PARKE AT LAKE MARY RESIDENTIAL HOMEOWNERS ASSOCIATION, INC.,**

**Plaintiff,**

**v.** **Case No. 6:21-cv-976-CEM-DAB**

**SOUTHERN-OWNERS INSURANCE COMPANY and UNITED SPECIALTY INSURANCE COMPANY,**

**Defendants.**

______________________________/

# ORDER

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement as to Southern-Owners Insurance Company ("Southern-Owners") Only (Doc. 40), which advises the Court that the above-styled action has been settled as to Defendant Southern-Owners.

Accordingly, it is **ORDERED** and **ADJUDGED** that Count VI is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open this count in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 5, 2022.




Copies furnished to:

Counsel of Record